**George Ivan LOPEZ, Appellant**

v.

**PA. Department of Corrections, Commissioner, John WETZEL, PA. Governor, Tom Corbett, Superintendent, Louis S. Folino, Jane and John Doe, Appellees.**

Supreme Court of Pennsylvania.

Aug. 15, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of August, 2016, the order of the Commonwealth Court is **AFFIRMED.**